PROB 12C
(7/93)

Report Date: December 31, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN - 2 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenneth W. Pearson          Case Number: 2:06CR00010-001

Address of Offender: ███████████████████████████████████████

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: October 28, 2008

| | | |
|---|---|---|
| Original Offense: | Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A) | |
| Original Sentence: | Prison 48 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: July 13, 2012 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: July 12, 2015 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number          Nature of Noncompliance

1    **Special Condition # 22**: You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other form that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. 2256(2). Neither shall you enter nor frequent any establishment involved in the sex industry, including adult bookstores, massage parlors, and strip bars. You shall not utilize any sex-related adult telephone numbers. The supervising probation officer is authorized to monitor compliance in this area by obtaining telephone records.

**Supporting Evidence**: Mr. Pearson reported to the undersigned officer, as directed, on November 1, 2013, in order to address his failed polygraph. Mr. Pearson admitted to filming his girlfriend and himself having sexual intercourse, without her knowledge or permission. The offender stated that he believed this may be what caused him to fail the polygraph. As a result of this conversation, the undersigned officer requested permission to search Mr. Pearson's residence and retrieve computer hardware to determine if other violations existed. Additionally, an interview was conducted with Mr. Pearson's girlfriend. She advised that she was, in fact, aware that the recording occurred, and that it was consensual.

On November 4, 2013, the undersigned officer and three additional probation officers conducted a search of Mr. Pearson's residence. Four laptop computers were removed for

further analysis, as were a variety of homemade videos and computer hardware. These items were given to the Federal Bureau of Investigation (FBI) to be analyzed for content.

On December 26, 2013, an agent with the FBI returned the items retrieved at Mr. Pearson's residence. The agent advised the undersigned officer that there were literally thousands of pornographic images and that almost all of these images were found under Mr. Pearson's username. He further advised that there were libraries to catalog the pornography. The most frequently searched type of pornography was "barely legal," or keywords similar to this. No child pornography was located on any of the laptops or other items.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/31/2013

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

1/2/14
Date