PROB 12C
(7/93)
Case 2:06-cr-00010-LRS   Document 119   Filed 08/17/15

Report Date: August 14, 2015

# United States District Court

### for the

### Eastern District of Washington
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 17 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kenneth W. Pearson | Case Number: 0980 2:06CR00010-LRS-1 |
| Address of Offender: ■■■■■■■■■■■■■■■■■■■ | |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: October 28, 2008

| | | |
|---|---|---|
| Original Offense: | Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A) | |
| Original Sentence: | Prison 48 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George JC Jacobs, III | Date Supervision Commenced: April 27, 2014 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: February 26, 2017 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/04/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The offender shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On July 27, 2015, Mr. Pearson submitted to a polygraph test as required by his conditions of supervised release. During the interview, Mr. Pearson stated that he walks or borrows vehicles to get to his appointments. He later stated during the interview that his only new law violation is "driving while license suspended." On August 13, 2015, Mr. Pearson admitted to the undersigned officer that he had driven without a license on approximately 4 to 5 occasions since his last polygraph test in February 2015. |
| 4 | **Special Condition # 25**: You shall actively participate and successfully complete an approved state-certified sex offender treatment program. You shall follow all lifestyle restrictions and treatment requirements of the program. You shall participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You shall allow reciprocal release of information between the supervising officer and the treatment provider. You shall pay for treatment and testing according to your ability. |

Prob12C
Re: Pearson, Kenneth W.
August 14, 2015
Page 2

**Supporting Evidence**: On August 13, 2015, Mr. Pearson's July 2015 monthly sex offender treatment report was discussed with sex offender treatment staff. The received treatment report documents that Mr. Pearson slept in each of his five scheduled treatment sessions during the month July 2015. Treatment staff were able to confirm this information with the undersigned officer. Treatment staff stated that Mr. Pearson is currently not in compliance with his treatment conditions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 14, 2015

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

8/17/15
Date